JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN VILLAR,<br>  Plaintiff,<br><br>        v.<br><br>CONAGRA FOODS ENTERPRISE SERVICES, INC., et al.,<br>  Defendants. | CV 16-4422 DSF (JPRx)<br><br>ORDER DISMISSING ACTION |

On October 25, 2016, the Court approved the parties' stipulation for arbitration and ordered that the parties file a joint status report every six months. The parties have previously failed to file timely status reports and have not filed a status report since December 2020. Because all of Plaintiff's claims are subject to arbitration, and the parties continually fail to follow this Court's orders, this action is dismissed. See Brennan v. Opus Bank, 796 F.3d 1125, 1134 (9th Cir. 2015) (affirming district court's order dismissing action in favor of arbitration); Thinket Ink Info. Res., Inc. v. Sun Microsystems, Inc., 368 F.3d 1053, 1060 (9th Cir. 2004) (stating that district court did not err in dismissing claims subject to arbitration and noting that FAA allows but does not require a stay of court proceedings); Sparling v. Hoffman Constr. Co., 864 F.2d 635, 638 (9th Cir. 1988) (affirming trial

court's dismissal of claims referred to arbitration); <u>Martin Marietta Aluminum, Inc. v. Gen. Elec. Co.</u>, 586 F.2d 143, 147 (9th Cir. 1978).

IT IS SO ORDERED.

Date: July 11, 2022                            _____
                                                             Dale S. Fischer
                                                             United States District Judge